(72 South. 220)

No. 20814.

## NEUBERGER v. GUELDNER.

(May 9, 1916. Rehearing Denied June 30, 1916.)

*(Syllabus by Editorial Staff.)*

Marriage ⬡⇒60(7)—Annulment—Evidence.

In suit in nullity of marriage because defendant was a colored woman, evidence *held* sufficient to show defendant was white.

[Ed. Note.—For other cases, see Marriage, Cent. Dig. § 131; Dec. Dig. ⬡⇒60(7).]

Appeal from Civil District Court, Parish of Orleans; T. C. W. Ellis, Judge.

Suit by Henry Robert Neuberger against Mary Delia Gueldner. From a judgment for defendant, plaintiff appeals. Affirmed.

W. Alexander Bahns, of New Orleans, for appellant. C. C. Friedrichs and Harold A. Moise, both of New Orleans, for appellee.

PROVOSTY, J. This is a suit in nullity of marriage, on the ground that the plaintiff is a white man and the defendant a colored woman. The defendant has always passed

for a white person. She attended the public schools as such, and was married to plaintiff as such. Her father was unquestionably white, and was married to her mother. The preponderance of the evidence is that her mother also passed for a white woman. Whether she was such really or not is left doubtful. The trial judge saw her on the witness stand, and saw and heard the other witnesses, and concluded that she was white.

Judgment affirmed.